IN THE UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
URBANA DIVISION

FILED
JAN 9 2019
CLERK OF THE COURT
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) | Case No. 19-CR-200 04 |
| vs. | ) | Title 18, United States Code, Section 922(g)(1); |
| MARTEZ CUNNINGHAM, | ) | Title 21, United States Code, Section 841(a)(1) and (b)(1)(B)(viii) |
| Defendant. | ) | |

INDICTMENT

COUNT 1
(Possession of a Firearm by a Felon)

THE GRAND JURY CHARGES:

On or about October 24, 2018, in Macon County, in the Central District of Illinois,

**MARTEZ CUNNINGHAM,**

defendant herein, having been previously convicted in a court in the State of Illinois of a crime punishable by imprisonment for a term exceeding one year, did knowingly possess, in and affecting commerce, a firearm, that is: (1) a Smith & Wesson SD40 V.E. .40 caliber semi-automatic pistol with an obliterated serial number and (2) a Glock 26 9mm semi-automatic pistol, bearing serial number BVZ156US.

In violation of Title 18, United States Code, Section 922(g)(1).

## COUNT 2
**(Possession with Intent to Distribute 50 or More Grams of Methamphetamine)**

**THE GRAND JURY CHARGES:**

On or about October 24, 2018, in Macon County, in the Central District of Illinois, the defendant,

**MARTEZ CUNNINGHAM,**

knowingly and intentionally possessed with the intent to distribute 50 or more grams of a mixture and substance containing a detectible amount of methamphetamine, a Schedule II controlled substance.

In violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(B)(viii).

## FORFEITURE ALLEGATION

**THE GRAND JURY CHARGES:**

1. The Grand Jury re-alleges and incorporates by reference the allegations of Count One of this Indictment as though fully set forth herein, for the purpose of alleging forfeiture pursuant to Title 18, United States Code, Section 924(d) and Title 28, United States Code, Section 2461(c).

2. On or about October 24, 2018, in the Central District of Illinois,

**MARTEZ CUNNINGHAM,**

defendant herein, did engage in a knowing violation of Title 18, United States Code, Section 922(g), thereby subjecting to forfeiture to the United States, pursuant to Title 18, United States Code, Section 924(d) and Title 28, United States Code, Section 2461(c), any firearms and ammunition involved in the commission of the offenses, including, but not limited to: (1) a Smith & Wesson SD40 V.E. .40 caliber semi-automatic pistol with an obliterated serial number, (2) a Glock 26 9mm semi-automatic pistol, bearing serial number BVZ156US, and (3) any ammunition found therein.

All pursuant to Title 28, United States Code, Section 2461(c) and Title 18, United States Code, Section 924(d).

A TRUE BILL.

s/Foreperson

FOREPERSON

s/John Milhiser

_____
JOHN C. MILHISER
United States Attorney
RER

3