E-FILED
Friday, 09 August, 2019 10:12:45 AM
Clerk, U.S. District Court, ILCD

AUG 0 8 2019

CLERK OF THE COURT
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

# IN THE UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF ILLINOIS
## URBANA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | Case No. 19-CR-20004 |
| ) | |
| vs. ) | Title 18, United States Code, |
| ) | Section 922(g)(1); |
| MARTEZ CUNNINGHAM, ) | Title 21, United States Code, |
| ) | Section 841(a)(1) and (b)(1)(B)(viii) |
| Defendant. ) | |

## SUPERSEDING INDICTMENT

### COUNT 1
**(Possession of a Firearm by a Felon)**

**THE GRAND JURY CHARGES:**

On or about October 24, 2018, in Macon County, in the Central District of Illinois,

**MARTEZ CUNNINGHAM,**

defendant herein, knowing he had previously been convicted of a crime punishable by imprisonment for a term exceeding one year, knowingly possessed a firearm, that is: (1) a Smith & Wesson SD40 V.E. .40 caliber semi-automatic pistol with an obliterated serial number and (2) a Glock 26 9mm semi-automatic pistol, bearing serial number BVZ156US, and the firearm was in and affecting interstate commerce.

In violation of Title 18, United States Code, Section 922(g)(1).

## COUNT 2
### (Possession with Intent to Distribute 50 or More Grams of Methamphetamine-Mixture or Substance)

**THE GRAND JURY CHARGES:**

On or about October 24, 2018, in Macon County, in the Central District of Illinois, the defendant,

**MARTEZ CUNNINGHAM,**

knowingly and intentionally possessed with the intent to distribute 50 or more grams of a mixture and substance containing a detectible amount of methamphetamine, a Schedule II controlled substance.

In violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(B)(viii).

## SPECIAL FINDINGS

1. In connection with the offense set forth in Count Two of this Superseding Indictment, the following factors are relevant to determining the sentence of the defendant, **MARTEZ CUNNINGHAM**, pursuant to Title 21, United States Code, Section 851:

a. On or about March 28, 2007, the defendant was convicted in Macon County (Illinois) Circuit Court case number 06-CF-1279 of the offense of Manufacture/Delivery of a Controlled Substance, a Serious Drug Felony offense, and, as a result, the defendant (a) faced a maximum potential penalty of at least ten years; (b) served a term of imprisonment of more than 12 months; and (c) was released from imprisonment within 15 years of the commencement of the offense alleged in Count Two of this Superseding Indictment.

## FORFEITURE ALLEGATION

**THE GRAND JURY CHARGES:**

1. The Grand Jury re-alleges and incorporates by reference the allegations of Count One of this Indictment as though fully set forth herein, for the purpose of alleging forfeiture pursuant to Title 18, United States Code, Section 924(d) and Title 28, United States Code, Section 2461(c).

2. On or about October 24, 2018, in the Central District of Illinois,

**MARTEZ CUNNINGHAM,**

defendant herein, did engage in a knowing violation of Title 18, United States Code, Section 922(g), thereby subjecting to forfeiture to the United States, pursuant to Title 18,

United States Code, Section 924(d) and Title 28, United States Code, Section 2461(c), any firearms and ammunition involved in the commission of the offenses, including, but not limited to: (1) a Smith & Wesson SD40 V.E. .40 caliber semi-automatic pistol with an obliterated serial number, (2) a Glock 26 9mm semi-automatic pistol, bearing serial number BVZ156US, and (3) any ammunition found therein.

All pursuant to Title 28, United States Code, Section 2461(c) and Title 18, United States Code, Section 924(d).

A TRUE BILL.
s/Foreperson

FOREPERSON

s/John Milhiser

JOHN C. MILHISER
United States Attorney
RER