FILED
FEB 10 2022
CLERK OF THE COURT
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
URBANA, ILLINOIS

Feb. 7, 2022

Case NO. 19-CR-20004
Martez Cunningham

To: U.S. District Judge,
Colin S. Bruce

    I'm writing a second time to you with complaints about my Defense Counsel, David N. Rumley. I have a hard time getting ahold of him. I go back to court Feb. 22 (in two weeks).
    I went to court Jan. 7 and I've been calling his phone number (309-660-4114) almost everyday since then. I never get a answer. I never hear from him until the day I go to court. I have things that I need to talk about with him. He don't send me no paperwork about my case so I can have time to look it over before I go to court.
    I'm in Ford County Jail in Paxton, IL. He told me when I first got him that he works in Ford County as a attorney and he be in the courthouse next door every Tuesday, but he never comes to see me.
    Other inmates have access to their attorney when they need them. We have a telephone/video kiosk machine here and some attorneys has setup accounts so their clients can call them straight through free of charge. Some inmates can just call their attorney and talk to them. I can't even leave a message.

1.)

I told him that I be trying to call him and he told me either he didn't see it or his voice mail is full. I don't feel like he's relaying my propositions to Assistant U.S. Attorney, Rachel E. Ritzer. He don't help me with my propositions with the things I can or can't do. With him it's only plead guilty or go to trail. He is not working with me or for me.

This has been going on since I got him and I've been wanting to address the court, but I never be allowed to speak. My lawyer only gets to talk and the only way I feel like I can express myself is to send you this letter. Thank you.

Signed,
Martez Cunningham

2.)