UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
URBANA DIVISION

THE UNITED STATES OF AMERICA, )
)
PLAINTIFFS, )
)
V. ) No. 19 CR 20004
)
Martez Cunningham, )
)
DEFENDANT. )

## MOTION TO WITHDRAW AS COUNSEL

**NOW COMES** attorney David Rumley, counsel to Defendant above and moves this honorable Court to enter an order allowing him leave to withdraw as counsel and for reason states:

1. That Counsel is appointed counsel of record to the Defendant in this cause and has represented Defendant through the proceedings in the District Court.

2. The Counsel has accepted full time employment as Logan County Public Defender and will cease private practice.

**WHEREFORE**, Counsel prays this honorable Court enter an order vacating his appointment for the Defendant above.

Respectfully submitted,
S/David Rumley
Attorney At Law
1701 E. Empire St. #360-282
Bloomington, IL 61704
Tel:    309.660.4114
davidrumley@mac.com
ARDC# 6206196

### CERTIFICATE OF SERVICE

I, the undersigned, certify a true copy of the above document was filed and served via ECF on _____ to the attorney of record.

s/ David Rumley