IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
URBANA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
|     Plaintiff, | ) |
| | ) |
| v. | )    Case No. 19-20004 |
| | ) |
| MARTEZ CUNNINGHAM, | ) |
| | ) |
|     Defendant. | ) |

**JOINT MOTION FOR PROTECTIVE ORDER REGARDING
USE OF PRETRIAL DISCOVERY MATERIALS**

The United States of America and Defendant Martez Cunningham, by his attorney, Charles Schierer, hereby respectfully request the entry of the attached protective order restricting the use of pretrial discovery materials in the above-captioned case, pursuant to Rule 16(d)(1) of the Federal Rules of Criminal Procedure.

1.    On January 9, 2019 and August 8, 2019, the grand jury returned an indictment against Martez Cunningham, charging him with Possession of a Firearm by a Felon, in violation of 18 U.S.C. § 922(g)(1) and Possession with Intent to Distribute 50 or More Grams of Methamphetamine-Mixture or Substance, in violation of 21 U.S.C. § 841(a)(1) and (b)(1)(B)(viii).

2.    The United States, in compliance with the orders of this Court, its legal obligations, and liberal discovery policies has made pretrial discovery materials available for inspection by Defendant's counsel.

3.  While the United States' discovery obligations are governed by Rule 16 of the Federal Rules of Criminal Procedure, applicable statutes, and the Constitution of the United States, the United States wishes to provide discovery in excess of these requirements. Further, the United States wishes to provide discovery governed under the Jencks Act, 18 U.S.C. § 3500, and Rule 26.2 of the Federal Rules of Criminal Procedure earlier than is required under these rules. Doing so would serve the administration of justice and would allow the Defendant opportunity to review the pretrial discovery materials in a manner more suited to a timely resolution of this case.

4.  The United States, however, has significant interest in preserving the safety of its witnesses, described in the prepared discovery materials. Further, the United States has significant interest in ensuring that information related to personal identity, financials, contacts, health, and taxes of all persons named in the discovery materials remain confidential.

5.  The Defendant acknowledges the interests of the Government in ensuring the safety of witnesses and the appropriate use and protection of discovery materials. The Defendant, however, desires to obtain a copy of the discovery materials so that Defendant's attorney can review the materials on their own schedule and outside the protections of a Government office.

6.  This Court has the authority to enter a protective order governing discovery. See Fed. R. Crim. P. 16(d)(1). The United States and the Defendant, therefore, request that this Court enter the attached, proposed protective order to govern the production, handling, dissemination, and copying of the pretrial discovery materials that

the government produces to the defense during the pendency of the above-captioned case. Entry of the proposed order would serve the administration of justice.

7. The United States and counsel for the Defendant have conferred and reached an agreement with respect to all of the provisions contained within the attached copy of the proposed protective order.

**WHEREFORE**, the Parties respectfully request that this Honorable Court grant the motion for protective order and enter the proposed order that accompanies this motion.

UNITED STATES OF AMERICA

Respectfully submitted,

GREGORY K. HARRIS
UNITED STATES ATTORNEY

*s/ Rachel E. Ritzer*
Rachel E. Ritzer
Illinois Bar No. 6309905
Assistant United States Attorney
201 S. Vine St., Suite 226
Urbana, IL 61802
Phone: (217) 373-5875
rachel.ritzer@usdoj.gov

MARTEZ CUNNINGHAM, Defendant

By: /s/ Charles G. Schierer
Counsel for Defendant

*

## CERTIFICATE OF SERVICE

I hereby certify that on this 28th day of April, 2022, I caused the foregoing to be electronically filed with the Clerk of the Court using the CM/ECF system, which will send notice to all parties of record.

/s/ Rachel E. Ritzer
Assistant United States Attorney