## IN THE UNITED STATES DISTRICT COURT
## FOR THE CENTRAL DISTRICT OF ILLINOIS
## URBANA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| Plaintiff, ) | |
| v. ) | Case No. 19-cr-20004 |
| MARTEZ CUNNINGHAM, ) | |
| Defendant. ) | |

### MOTION TO CONTINUE

NOW COMES the Defendant, MARTEZ CUNNINGHAM, by and through his attorneys, Charles Schierer and the law firm of Schierer & Ritchie, L.L.C., and in support of this motion states as follows:

1. This matter is set for a Sentencing Hearing on August 8, 2022.

2. Counsel needs additional time with Defendant to further analyze objections to the Presentence Investigation Report, Guideline Calculations, and develop a case in mitigation.

3. Counsel requests a continuance to a mutually agreeable date.

4. Under information and belief, the government has no objection to this request.

5. Granting Defendant's request would be in the interest of justice and would not prejudice any party.

WHEREFORE, the Defendant respectfully requests an Order consistent with this motion and for all other relief that is just and proper.

Respectfully submitted,

/s/ Charles Schierer
Charles G. Schierer
Schierer & Ritchie, LLC.
1009 Illini Drive
East Peoria, Illinois
(T) 309-839-2024
(F) 309-517-5856
(E) chuck@srtriallawyers.com

**CERTIFICATE OF SERVICE**

I, Charles G. Schierer, attorney, hereby certify that on August 4, 2022, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the United States Attorney's Office and all other CM/ECF participants.

/s/ Charles Schierer
Charles G. Schierer
Schierer & Ritchie, LLC.
1009 Illini Drive
East Peoria, Illinois
(T) 309-839-2024
(F) 309-517-5856
(E) chuck@srtriallawyers.com